**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| ESTATE OF: HOLLIS C. GORDON, SR., DECEASED | : No. 551 EAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: JAMES A. GORDON | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.